FILED
CHARLOTTE, NC
MAR 0 5 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:15MJ94 |
| | ) | |
| v. | ) | **MOTION TO UNSEAL THE COMPLAINT** |
| | ) | |
| MICHAEL FLUCKIGER | ) | |
| | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, who respectfully shows unto the Court that the necessity for keeping the above-numbered Complaint sealed no longer exists.

THEREFORE, the United States respectfully moves the Court that the Complaint numbered above be unsealed.

Respectfully submitted, on this day of March 5, 2015.

        **ANNE M. TOMPKINS**
        UNITED STATES ATTORNEY

        //s// **CORTNEY S. RANDALL**
        ASSISTANT UNITED STATES ATTORNEY
        NC Bar Number: 31510
        Attorney for the United States
        United States Attorney's Office
        227 West Trade Street, Suite 1650
        Charlotte, North Carolina 28202
        Telephone: 704.344.6222
        Fax: 704.344.6629
        E-mail: cortney.randall@usdoj.gov