IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:15CR00015-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL FLUCKIGER | ) |
| _____ | ) |

**NOTICE OF UNAVAILABILITY**

NOW COMES Matthew G. Pruden and respectfully requests that this Court not schedule any matters that would require the undersigned counsel's appearance in court from May 16 through May 20, 2016. The undersigned will be out of state for a family vacation scheduled during that time. The undersigned presently has no court appearances scheduled for those dates.

This the 1st day of March, 2016.

Respectfully submitted,

/s/ Matthew G. Pruden
Matthew G. Pruden
Bar No. 32888
Attorney for Mr. Fluckiger
Tin Fulton Walker & Owen, PLLC

1

301 East Park Ave.
Charlotte, NC 28203
Phone: 704-338-1220
Fax: 704-338-1312
E-mail: mpruden@tinfulton.com

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **NOTICE OF UNAVAILABILITY** on opposing counsel by submitting a copy thereof through ECF, to be sent to:

**Cortney S. Randall**
US Attorneys Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-344-6222
Email: Cortney.Randall@usdoj.gov


**Keith A. Becker**
U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Ave., NW, Sixth Floor
Washington, DC 20530
202-305-4104
Fax: 202-514-1793
Email: Keith.Becker@usdoj.gov


**Michael Wayne Grant**
United States Department of Justice
1400 New York Ave, N.W.
Sixth Floor
Washington, DC 20005
202-307-1982
Fax: 202-514-1793
Email: michael.grant@usdoj.gov


**Reginald E. Jones**
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005

202-286-1059
Fax: 202-514-1793
Email: reginald.jones4@usdoj.gov

This the 1st day of March, 2016.

/s/ Matthew G. Pruden
Matthew G. Pruden
Bar No. 32888
Attorney for Mr. Fluckiger
Tin Fulton Walker & Owen, PLLC
301 East Park Ave.
Charlotte, NC 28203
Phone: 704-338-1220
Fax: 704-338-1312
E-mail: mpruden@tinfulton.com

2